**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **APPEARANCE** |
| Plaintiff, | : | |
| | : | Case No.  3:01-CR-00195 |
| v. | : | |
| | : | |
| BENJAMIN ARAUJO | : | |
| Defendant | : | |

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for: The United States of America.


| | |
|---|---|
| __**June 7, 2006**_____ | /S/ _____ |
| Date | Signature |
| | |
| **ct 24433**_____ | **KRISHNA R. PATEL**_____ |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| **(203) 696-3000**_____ | **915 Lafayette Boulevard, Room 309** |
| Telephone Number | Address |
| | |
| **(203) 579-5550**_____ | **Bridgeport, Connecticut 06604**____ |
| Fax Number | |


**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Benjamin Araujo
FCI Allenwood - Unit 1-A
P.O. Box 2000
White Deer, PA 17887-2000


/S/ _____
Krishna R. Patel
Assistant United States Attorney


Appearance.frm.Jan.24